

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00173-CR

KIMBERLY DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 43655-B

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Appellant Kimberly Davis has filed a motion to dismiss this appeal.  As authorized by Rule

42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     October 16, 2018
Date Decided:       October 17, 2018

Do Not Publish